1  ALAN PHELPS
   Trial Attorney
2  Office of Consumer Protection Litigation
   U.S. Department of Justice
3  PO Box 386
   Washington, DC 20044
4  Telephone: 202-307-6154
   Facsimile: 202-514-8742
5  E-mail: alan.phelps@usdoj.gov

6  ANDRÉ BIROTTE JR.
   United States Attorney
7  Central District of California
   LEE WEIDMAN, AUSA
8  Chief, Civil Division
   GARY PLESSMAN, AUSA
9  Chief, Civil Frauds Section
   Central District of California
10 California State Bar No. 101233
         Room 7516, Federal Building
11       300 North Los Angeles Street
         Los Angeles, CA 90012
12       Telephone: (213) 894-2474
         Facsimile: (213) 894-2380
13       E-mail: gary.plessman@usdoj.gov

14 Attorneys for Plaintiff THE UNITED STATES OF AMERICA

15          IN THE UNITED STATES DISTRICT COURT

16      FOR THE CENTRAL DISTRICT OF CALIFORNIA

17                    SACV11-00724   AG   (ANx)

18 | UNITED STATES OF AMERICA,        | Case No. _____
19 |                     Plaintiff,   |
   |            v.                    | **COMPLAINT FOR CIVIL
20 |                                  | PENALTIES, INJUNCTION
21 | PLAYDOM, INC., a subsidiary of Disney | AND OTHER RELIEF**
   | Enterprises, Inc.,               |
22 |                                  |
23 | and,                             |
24 |                                  |
   | HOWARD MARKS, individually,      |
25 |                     Defendants.  |

26      Plaintiff, the United States of America, acting upon notification and

27 authorization to the Attorney General by the Federal Trade Commission ("FTC" or

28 "Commission"), for its Complaint alleges:

Complaint

1.     Plaintiff brings this action under Sections 1303(c) and 1306(d) of the Children's Online Privacy Protection Act of 1998 ("COPPA"), 15 U.S.C. §§ 6501-6506, 6502(c) and 6505(d), and Sections 5(a)(1), 5(m)(1)(A), 13(b), and 16(a) of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. §§ 41-58, 45(a)(1), 45(m)(1)(A), 53(b), and 56(a), to obtain monetary civil penalties, a permanent injunction, and other equitable relief for Defendants' violations of the Commission's Children's Online Privacy Protection Rule ("Rule" or "COPPA Rule"), 16 C.F.R. Part 312, and Section 5 of the FTC Act.

## JURISDICTION AND VENUE

2.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337(a), 1345, and 1355, and under 15 U.S.C. §§ 45(m)(1)(A), 53(b), 56(a), and 57b.

3.     Venue is proper in the Central District of California under 15 U.S.C. § 53(b) and 28 U.S.C. §§ 1391(b)-(c) and 1395(a).

## DEFINITIONS

4.     For purposes of this Complaint, the terms "child," "collects," "collection," "Commission," "delete," "disclosure," "Internet," "online contact information," "operator," "parent," "person," "personal information," "third party," "verifiable consent," and "website or online service directed to children," are defined as those terms are defined in Section 312.2 of the Rule, 16 C.F.R. § 312.2.

## THE CHILDREN'S ONLINE PRIVACY PROTECTION RULE

5.     Congress enacted COPPA in 1998 to protect the safety and privacy of children online by prohibiting the unauthorized or unnecessary collection of children's personal information online by operators of Internet websites or online services.  COPPA directed the Federal Trade Commission to promulgate a rule implementing COPPA.  The Commission promulgated the Children's Online Privacy Protection Rule, 16 C.F.R. Part 312, on November 3, 1999 under Section

1303(b) of COPPA, 15 U.S.C. § 6502(b), and Section 553 of the Administrative
Procedure Act, 5 U.S.C. § 553.  The Rule went into effect on April 21, 2000.

6.      The Rule applies to any operator of a commercial website or online
service, or portion thereof, directed to children that collects, uses, and/or discloses
personal information from children, and to any operator of a commercial website
or online service that has actual knowledge that it collects, uses, and/or discloses
personal information from children.  Among other things, the Rule requires a
subject website operator to meet specific requirements prior to collecting online,
using, or disclosing personal information from children, including, but not limited
to:

   a.    Posting a privacy policy on its website or online service
         providing clear, understandable, and complete notice of its
         information practices, including what information the website
         operator collects from children online, how it uses such
         information, its disclosure practices for such information, and
         other specific disclosures set forth in the Rule;

   b.    Providing clear, understandable, and complete notice of its
         information practices, including specific disclosures, directly to
         parents when required by the Rule;

   c.    Obtaining verifiable parental consent prior to collecting, using,
         and/or disclosing personal information from children;

   d.    Giving parents the option to consent to the collection and
         internal use of their children's personal information without
         consenting to the disclosure of that information to third parties;

   e.    Providing a reasonable means for parents to review the
         personal information collected from their children and to refuse
         to permit its further use or maintenance;

f.    Not conditioning children's participation in an activity upon the children disclosing more personal information than is reasonably necessary to participate in that activity; and,

g.    Establishing and maintaining reasonable procedures to protect the confidentiality, security, and integrity of personal information collected from children.

7.    Pursuant to Section 1303(c) of COPPA, 15 U.S.C. § 6502(c),  and Section 18(d)(3) of the FTC Act, 15 U.S.C. § 57a(d)(3), a violation of the Rule constitutes an unfair or deceptive act or practice in or affecting commerce, in violation of Section 5(a)(1) of the FTC Act, 15 U.S.C. § 45(a)(1).

## DEFENDANTS

8.    Defendant Playdom, Inc. ("Playdom"), a Delaware corporation, is the successor corporation to Acclaim Games, Inc., a now dissolved Delaware corporation.  Playdom acquired and assumed all obligations of Acclaim Games, Inc. on May 18, 2010.  On August 27, 2010, Playdom became a subsidiary of Disney Enterprises, Inc., a subsidiary of The Walt Disney Company.  Playdom, which maintains offices in Los Angeles, California and other U.S. cities, transacts or has transacted business in the Central District of California.  From at least 2006, Acclaim Games operated numerous Acclaim online virtual worlds that were transmitted and accessible worldwide on the Internet.  Following its acquisition of Acclaim Games, Playdom continued to operate some or all of these websites and online services.

9.    Defendant Howard Marks was a director, shareholder, and the Chief Executive Officer of Acclaim Games from at least 2006 through the date of Defendant Playdom's acquisition of Acclaim on May 18, 2010.  After May 18, 2010, Mr. Marks became the Senior Vice President – Strategic Planning and Chairman for the Acclaim Studio Division of Playdom.  At all times material to this Complaint, acting alone or in concert with others, he formulated, directed,

1   controlled, had the authority to control, or participated in the acts or practices

2   alleged in this Complaint. Defendant Marks resides in this district and, in

3   connection with the matters alleged herein, transacts or has transacted business in

4   this district.

5                         **COMMERCE**

6        10.    The acts and practices of Defendants alleged in this Complaint have

7   been in or affecting commerce, as "commerce" is defined in Section 4 of the FTC

8   Act, 15 U.S.C. § 44.

9              **DEFENDANTS' COURSE OF CONDUCT**

10       11.    Between 2006 and 2010, Defendants operated approximately twenty

11   online virtual worlds through which users accessed and played online games and

12   other activities. These included the 2 Moons, 9 Dragons, Age of Lore, Bots,

13   Dance Online, Knight's Blood, Kogamu, Muniz Online, My Diva Doll, Ninja

14   Clans, Pony Stars, Prize Island, Ranch Stars, Rock Free, Rush Fighters, Spell

15   Born, Top Secret, Track Mania, and Tribal Nations games. At least one of

16   Defendants' online virtual worlds, Pony Stars, launched in 2007, was a website or

17   online service directed to children. *See* Exhibit A (Pony Stars home page).

18   Defendants' other online virtual worlds were intended for a general audience, but

19   also attracted a significant number of children.

20       12.    Defendants required users to register in order to play in their online

21   virtual worlds. When a new user clicked on the registration icon or link displayed

22   on the home page of a particular online virtual world, that user was presented with

23   Defendants' standard Acclaim registration window that required the user to

24   provide a user ID, a password, and an email address, and to select a birth year and

25   gender. *See* Exhibit B (registration forms for 2 Moons, 9 Dragons, and Pony

26   Stars).

27       13.    Once a user entered a birth year indicating that the user was under age

28   13, the following text appeared:

1   You are under 13 years old and we cannot ask you for

2   your email address. In order to register, you must ask

3   your Parent or Guardian to fill out this screen. If we

4   find out that this information is false, you may loose

5   [sic] your Acclaim account. Parent or Legal Guardian:

6   You can change the email settings anytime by clicking

7   on the My Account button. After you click on the

8   Registration button, you will receive an email to

9   confirm your email address. You have 30 days to

10   activate this account.

11   Directly below this language was a field to enter a parent's email address and a

12   check box for the parent/guardian to authorize Defendants to send emails directly

13   to the child. In some instances, this page also included a field for entry of the

14   child's email address. *See* Exhibit C (registration forms for 2 Moons, 9 Dragons,

15   Ranch Stars, My Diva Doll, and Pony Stars).

16       14.    Once a user entered a parent or guardian's email and clicked on the

17   "Register" button (with or without completing the "child's email address" field),

18   Defendants automatically registered and provided that child with full access to all

19   of the free areas within the particular online virtual world. At the same time,

20   Defendants sent an email, styled as a "welcome" to any email address(es) entered

21   on the pop-up registration page. *See* Exhibit D (welcoming emails for 2 Moons, 9

22   Dragons, Bots, My Diva Doll, and Pony Stars).

23       15.    A child who registered in Defendants' online virtual worlds was able

24   to create a personal profile, play Defendants' online games, and participate in

25   community forums. Defendants' personal profile page contained fields for a

26   child's entry of user name, real name, location, website, email, and various instant

27   messenger IDs (*e.g.*, ICQ number, AIM, MSN Messenger, and Yahoo Messenger

28   IDs). The personal profile page also logged a child's "user activity," including all

1  of the child's posts and last posting date and time. Once a child entered a forum,
2  that child could post comments and upload these same categories of information to
3  the forum.

4       16.    By August 26, 2010, Playdom had permanently shut down most of
5  the online virtual worlds that had previously been operated by Acclaim Games
6  and/or Playdom. However, prior to this shut down, Playdom transferred the
7  operation of certain of its online virtual worlds to non-U.S. based operators,
8  thereby allowing its users, including children, to continue to access the games.
9  For example, on or about August 3, 2010, Playdom transferred operation of the
10 Pony Stars and My Diva Doll online virtual worlds to Feerik Ltd., a French
11 company from whom Acclaim had previously licensed the right to operate English
12 language versions of these games. As a result of this arrangement, Defendants, in
13 violation of COPPA, enabled children who had previously registered on My Diva
14 Doll and Pony Stars to retain access to the games, their accounts, their online
15 personal profiles, and the game forums. Defendant Playdom retained the rights to
16 royalties on revenues earned from game players whose accounts were transferred
17 from Playdom to Feerik.

18      17.    On or about November 30, 2010, by agreement between Playdom and
19 Feerik, Feerik shut down the Pony Stars and My Diva Doll virtual worlds and
20 transferred all user data back to Playdom.

21      18.    Between 2006 and 2010, approximately 403,000 children registered
22 in Defendants' general audience online virtual worlds. In addition, approximately
23 821,000 users registered in Pony Stars, Defendants' online virtual world directed
24 to children. Defendants, therefore, were "operators" as defined in the Rule.

### DEFENDANTS' INFORMATION COLLECTION, USE, AND DISCLOSURE PRACTICES

27      19.    Defendants' online privacy policy, covering each website at issue in
28 this complaint, stated in pertinent part:

Complaint                    Page 7 of 12

3. When a child under 13 years of age signs up we not [sic] collect the Email address without the permission of the Parent or Legal Guardian and we will collect the other items listed above. We do not collect anything else. If a child under 13 years of age wants to post information on our website or chat with other players, we will require that they do not disclose any personal information such as the real name, address, phone number and anything that can be used to contact the child.

Exhibit E (Privacy Policy).

20. Contrary to the statements made in Defendants' privacy policy, as set forth in Paragraph 19 above, Defendants collected children's personal information and enabled children to publicly disclose their personal information, including online contact information, through Defendants' personal profile pages and in community forums.

21. Defendants' online notice of their information practices did not clearly, completely, or accurately disclose all of Defendants' information collection, use, and disclosure practices for children, as required by the Rule.

22. Defendants did not take the steps required by the Rule to provide parents with a direct notice of their information practices prior to collecting, using, or disclosing children's personal information.

23. Defendants did not take the steps required by the Rule to obtain verifiable consent from parents prior to collecting, using, or disclosing children's personal information.

24. In approximately 1,224,000 instances, Defendants collected, used, and/or disclosed personal information in violation of the Children's Online Privacy Protection Rule.

# COUNT I

## DEFENDANTS' VIOLATIONS OF THE CHILDREN'S
## ONLINE PRIVACY PROTECTION RULE

25.     Since 2006, Defendants have operated numerous websites or online services through which they collected, with actual knowledge, personal information from children under age 13.  In addition, since late 2007, Defendants have operated at least one website or online service directed to children.

26.     In numerous instances, in connection with the acts and practices described above, Defendants collected, used, and/or disclosed personal information from children in violation of the Rule, including by:

        a.     Failing to provide sufficient notice on Defendants' websites or online services of what information they collect online from children, how they use such information, their disclosure practices, and all other required content, in violation of Section 312.4(b) of the Rule, 16 C.F.R. § 312.4(b);

        b.     Failing to provide direct notice to parents of what information Defendants collect online from children, how they use such information, their disclosure practices, notice of any material change in the collection, use, and/or disclosure practices, and all other required content, in violation of Section 312.4(c) of the Rule, 16 C.F.R. § 312.4(c); and,

        c.     Failing to obtain verifiable parental consent before any collection, use, and/or disclosure of personal information from children, in violation of Section 312.5 of the Rule, 16 C.F.R. § 312.5(a)(1).

Therefore, Defendants have violated the Children's Online Privacy Protection Rule, 16 C.F.R. Part 312.

///

## COUNT II

## DEFENDANTS' VIOLATIONS OF THE FTC ACT

27.    Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), prohibits "unfair or deceptive acts or practices in or affecting commerce." Misrepresentations constitute deceptive acts or practices prohibited by Section 5(a) of the Act.

28.    Through the statements made in the privacy policy referenced in Paragraph 19 above, Defendants represented, expressly or by implication, that they would prohibit children from posting personal information online, including information that could be used to contact such children.

29.    In truth and in fact, Defendants permitted children to disclose their personal information online. Therefore, the representation set forth in Paragraph 28 was false and misleading.

30.    Defendants' false and misleading representation, as set forth in Paragraph 28 above, constitutes a deceptive act or practice in violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a).

## THE COURT'S POWER TO GRANT RELIEF

31.    Defendants violated the Rule as described above with the knowledge required by Section 5(m)(1)(A) of the FTC Act, 15 U.S.C. § 45(m)(1)(A).

32.    Each collection, use, or disclosure of a child's personal information in which Defendants violated the Rule in one or more of the ways described above, constitutes a separate violation for which Plaintiff seeks monetary civil penalties.

33.    Section 5(m)(1)(A) of the FTC Act, 15 U.S.C. § 45(m)(1)(A), as modified by Section 4 of the Federal Civil Penalties Inflation Adjustment Act of 1990, 28 U.S.C. § 2461, and Section 1.98(d) of the FTC's Rules of Practice, 16 C.F.R. § 1.98(d), authorizes this Court to award monetary civil penalties of not more than $11,000 for each such violation of the Rule prior to February 10, 2009 and not more than $16,000 for each such violation of the Rule on or after February 10, 2009.

34.     Under Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), this Court is authorized to issue a permanent injunction against Defendants' violations of the FTC Act, as well as such ancillary relief as may be just and proper.

## PRAYER

WHEREFORE, plaintiff United States of America, pursuant to Sections 5(a)(1), 5(m)(1)(A), 13(b) and 16(a) of the FTC Act, 15 U.S.C. §§ 45(a)(1), 45(m)(1)(A), 53(b) and 56(a), and the Court's own equitable powers, requests that the Court:

(1)     Enter a permanent injunction to prevent future violations of the FTC Act and the COPPA Rule by Defendants;

(2)     Award Plaintiff monetary civil penalties from Defendants for each violation of the Rule alleged in this Complaint; and

(3)     Award such other and additional relief as the Court may determine to be just and proper.

DATED:  _May 11_____, 2011

1     Respectfully submitted.

2

3     OF COUNSEL:                          FOR PLAINTIFF
                                           THE UNITED STATES OF AMERICA:
4
      MAMIE KRESSES                        TONY WEST
5     Attorney                             Assistant Attorney General,
      600 Pennsylvania Avenue, NW          Civil Division
6     Washington, D.C. 20580               U.S. DEPARTMENT OF JUSTICE
      (202) 326-2070 (voice)
7     (202) 326-3259 (fax)                 ANDRÉ BIROTTE JR.
                                           United States Attorney
8                                          Central District of California
      PHYLLIS HURWITZ MARCUS               LEE WEIDMAN, AUSA
9     Attorney                             Chief, Civil Division
      Federal Trade Commission
10    600 Pennsylvania Avenue, NW
      Washington, D.C. 20580
11    (202) 326-2854 (voice)
      (202) 326-3259 (fax)
12                                         GARY PLESSMAN, AUSA
                                           Chief, Civil Frauds Section
13                                         Central District of California
                                           California State Bar No. 101233
14                                         Room 7516, Federal Building
                                           300 North Los Angeles Street
15                                         Los Angeles, CA 90012
                                           Telephone: 213-894-2474
16                                         gary.plessman@usdoj.gov

17                                         MAAME EWUSI-MENSAH FRIMPONG
                                           Acting Deputy Assistant Attorney General
18

19                                         KENNETH L. JOST
                                           Acting Director
20                                         Office of Consumer Protection Litigation

21

22                                         Alan Phelps *

23                                         ALAN PHELPS
                                           Trial Attorney
24                                         Office of Consumer Protection Litigation
                                           U.S. Department of Justice
25                                         PO Box 386
                                           Washington, DC 20044-0386
26                                         Telephone: 202-307-6154
                                           alan.phelps@usdoj.gov
27
                                           */By AUSA Gary Plessman
28                                         for email authorization

      Complaint                    Page 12 of 12

# EXHIBIT A



# Acclaim

# Ponystars

MEMBERS SIGN IN

PONYSTARS IS THE ONLINE GAME FOR EVERYONE WHO LOVES PONIES!

BREED, RAISE AND TRAIN YOUR OWN HERD OF PONYSTARS.

## A PONYSTAR ADVENTURE AWAITS YOU!

- Collect, keep, train & care for up to 75 Ponystars in your own herd!

- Add Special Traits! A wide assortment of Manes, Hooves, Brand Marks, Backgrounds, and exciting Coats are available.

- Compete with other players in direct Challenges, in Tournaments, and in games, like Ponystar Blackjack.

- Complete exciting and rewarding Quests.

## It's FREE to play!

## PLAY NOW







Go to **www.ponystars.com** to get latest details. Stay tuned for more updates from Acclaim!

Check out BOTS!: | 9Dragons | 2Moons | Rock:FREE | Rush Fighters | Spellborn | Knight's Blood | MyDivaDoll | Ninja Clans

© 2008 Acclaim Games Inc.

Exhibit A

13

# EXHIBIT B



# AKklaim

HOME   NEWS   ABOUT 2MOONS   GAME GUIDE   COMMUNITY   DOWNLOAD   SUPPORT

My Account




Download > Register > Play 2Moons!

2 Moons Recommended

Parents, Click Here

**REGISTER FOR FREE**
(Good for all Acclaim games)

USER ID ( 3 to 12 characters)



PASSWORD ( 6 to 12 characters)

CONFIRM PASSWORD

BIRTH YEAR   1980

GENDER   ○ Male   ● Female

**STAY IN CONTACT**
Your email will never be sold, see our Privacy Policy.

EMAIL ADDRESS
Valid Email Required
to play and retrieve
lost password

CONFIRM EMAIL ADDRESS

Privacy Policy
● Send email only for the games I am playing
○ Send email for all of Acclaim's games
● Please don't send me email

ENTER ABOVE TEXT BELOW

*M V к B н W*

☐   I agree to the Terms of Use   and
      I have read Acclaim's Privacy Policy
      and Rules of Conduct

Register Me Now >>

Exhibit B, p. 1

## Registration

User ID ( 3 to 12 characters)

Password (6 to 12 characters)

Email Address

Please select your Birth Year   1960 ▼

Gender   ⦿ Male   ○ Female

☑ Send me email offers for Acclaim games and trusted partners.

Enter the Image Text in the space below:

X 6 U 3 7 K

By clicking the button below, I acknowledge that I am over 12 years old, and have read and agreed to the Terms of Use, Privacy Policy and Rules of Conduct.

Register

**Exhibit B, p. 2**



## REGISTER FOR FREE
(Good for all Acclaim games)

USER ID ( 3 to 12 characters)

PASSWORD ( 6 to 12 characters)

CONFIRM PASSWORD

BIRTH YEAR : 1960 ▾

GENDER    ◉ Male    ○ Female

**EMAIL CONTACT**
Your email will never be sold, see our Privacy Policy.

EMAIL ADDRESS

Valid Email Required to play and retrieve lost password.

CONFIRM EMAIL ADDRESS



○ Send email only for the games I am playing
◉ Send email for all of Acclaim's games
○ Please don't send me email

## ENTER ABOVE TEXT BELOW

7 1 C 9 L G

☐ I agree to the Terms of Use   and
I have read Acclaim's Privacy Policy
and Rules of Conduct

Register me Now

# EXHIBIT C

## Registration

You are under 13 years old and we cannot ask you for your email address. In order to register, you must ask your Parent or Guardian to fill out this screen. If we find out that this information is false, you may loose your Acclaim account. Parent or Legal Guardian: You can change the email settings anytime by clicking on the My Account button. After you click on the Registration button, you will receive an email to confirm your email address. You have 30 days to activate this account.

Parent / Guardian email address [                    ]

☑ Send me emails about Acclaim's games and its partners

☐ I authorize you to send emails to my child.

Enter the image Text in the space below:

*J N U G 1*

[                    ]

By clicking the button below, I acknowledge that I am over 12 years old, and I have read and agreed to the Terms of Use, Privacy Policy and Rules of Conduct.

**Register**          Go Back

Exhibit C, p. 1

## Registration

You are under 13 years old and we cannot ask you for your email address. In order to register, you must ask your Parent or Guardian to fill out this screen. If we find out that this information is false, you may loose your Acclaim account. Parent or Legal Guardian: You can change the email settings anytime by clicking on the My Account button. After you click on the Registration button, you will receive an email to confirm your email address. You have 30 days to activate this account.

### Parent / Guardian email address: [                    ]

☑ Send me emails about Acclaim's games and its partners

☐ I authorize you to send emails to my child.

Enter the image Text in the
space below:

[                    ]

**1/4 H Z 1/7**

By clicking the button below, I acknowledge that I am over 12 years old,
and I have read and agreed to the Terms of Use, Privacy Policy and
Rules of Conduct.

**Register**                    **Go Back**

Exhibit C, p. 2

ACClaim

RanchStars

You are under 13 years old and we cannot ask you for your email address. In order to register, you must ask your Parent or Guardian to fill out this screen. If we find out that this information is false, you may loose your Acclaim account

Parent or Legal Guardian. You can change the email settings anytime by clicking on the My Account button. After you click on the Registration button, you will receive an email to confirm your email address. You have 30 days to activate this account

Parent / Guardian email address

Re-type email address

Tell us how you would like to receive emails from us.

- ◉ Email me news, updates, events and tournaments for the games I am playing
- ○ Email me news, updates, events and tournaments for all Acclaim games
- ◉ Do not send me emails

☐ I authorize you to send emails to my child

Child's email address

Terms Of Use          Privacy Policy          Rules of Conduct

Close

**Important**

You can close this account anytime by sending us an email at contact@acclaim.com or by sending us a letter at

Acclaim Games
9595 Wilshire Blvd, Suite 900
Beverly Hills, CA 90212
United States of America

ENTER ABOVE TEXT BELOW

Previous     Register For Free



**myDivaDoll**




COMMUNITY   My Account

Close

You are under 13 years old and we cannot ask you for your email address. In order to register, you must ask your Parent or Guardian to fill out this screen. If we find out that this information is false, you may loose your Acclaim account.

Parent or Legal Guardian: You can change the email settings anytime by clicking on the My Account button. After you click on the Registration button, you will receive an email to confirm your email address. You have 30 days to activate this account.

Parent/Guardian email address

Re-type email address

**Important**

You can close this Account anytime by sending us an email at contact@acclaim.com or by sending us a letter at

Acclaim Games
9595 Wilshire Blvd, Suite 900
Beverly Hills, CA 90212
United States of America.

Tell us how you would like to receive emails from us.

☐ I authorize you to send emails to my child.

Child's email address

ENTER ABOVE TEXT BELOW

Previous   Register For Free

Exhibit C, p. 4

20






Exhibit C, p. 5

# EXHIBIT D

From: <welcome@acclaim.net>
Date: Sun, Jan 24, 2010 at 10:39 PM
Subject: Welcome to Acclaim Games
To: howard@acclaim.com


Dear jlkjlkj9999,

Thank you for registering to play 2Moons.

To download 2Moons, please go to: http://2moons.acclaim.com/download.htm

As a member of 2Moons, you can get a special powerful
item by inviting your friends:
http://2moons.acclaim.com/invite-friend.html

If you need support, we are open 24/7. Please email
contact@acclaim.com and specify your user id
and the game you are playing.

As a member of the Acclaim community, it is important
for everyone's enjoyment that you follow our code of
conduct: http://www.acclaim.com/code_of_conduct.html

Your Acclaim account gives you access to all of our
games and our community message boards.
Check out 9Dragons, BOTS, DANCE! Online and PonyStars.

So welcome to the Acclaim community... now get ready
to have some fun!

The Acclaim Team

www.acclaim.com is operated by
Acclaim Games Inc.
9595 Wilshire Blvd. Suite 900
Beverly Hills, CA 90212

If you do not wish to receive any more emails from Acclaim go to: Unsubscribe


**Exhibit D, p. 1**

From: <welcome@acclaim.net>
Date: Wed, Jan 27, 2010 at 9:33 PM
Subject: Welcome to Acclaim Games
To: howard@acclaim.com

Dear 78798787gg,

Thank you for registering to play 9Dragons.We hope you'll enjoy your adventures in The Land.

To download 9Dragons, please go to: http://9dragons.acclaim.com/download.html

As a member of 9Dragons, you can Invite a friend and get a bonus Lightfoot speed boost for 1 day:

http://www.acclaim.com/code_of_conduct.html

Your Acclaim account gives you access to all of our
free games and our community message boards. Check out
RockFREE,2Moons, BOTS, DANCE! Online and PonyStars

Welcome to the Acclaim community... now go learn some Kung Fu, get yourself a weapon and get
ready to have some fun!

Sincerely,

The Acclaim Team

www.acclaim.com is operated by
Acclaim Games Inc.
9595 Wilshire Blvd. Suite 900
Beverly Hills, CA 90212

If you do not wish to receive any more emails or special event offers from Acclaim, please click Here.

**Exhibit D, p. 2**

23

From: <welcome@acclaim.net>
Date: Wed, Apr 15, 2009 at 8:38 PM
Subject: Welcome to Acclaim Games
To: howard@acclaim.com


Dear andreguy44,

Thank you for registering to play BOTS.

To download BOTS, please go to:
http://bots.acclaim.com/download.htm

As a member of BOTS, you can get a special powerful
item by inviting your friends:
http://bots.acclaim.com/invite-friend.html

If you need support, we are open 24/7. Please email
contact@acclaim.com and specify your user id and the
game you are playing.

As a member of the Acclaim community, it is important
for everyone's enjoyment that you follow our code of
conduct: http://www.acclaim.com/code_of_conduct.html

Your Acclaim account gives you access to all of our games
and our community message boards. Check out 2Moons, 9Dragons, DANCE! Online and
PonyStars

So welcome to the Acclaim community... now get ready to
have some fun!

The Acclaim Team

www.acclaim.com is operated by
Acclaim Games Inc.
9595 Wilshire Blvd. Suite 900
Beverly Hills, CA 90212

If you do not wish to receive any more emails from Acclaim go to:
Here


**Exhibit D, p. 3**

24

From: <welcome@acclaim.net>
Date: Tue, Feb 2, 2010 at 4:34 PM
Subject: Welcome to Acclaim Games
To: howard@acclaim.com


Dear superkid3344,

Thank you for registering to MyDivaDoll.

As a member of MyDivaDoll, you can get a special powerful item by inviting your friends: http://mydivadoll.acclaim.com/invite-friend.jsp?username=superkid3344

If you need support, we are open 24/7. Please email contact@acclaim.com and specify your user id and the game you are playing.

As a member of the Acclaim community, it is important for everyone's enjoyment that you follow our code of conduct: http://www.acclaim.com/code_of_conduct.html

Your Acclaim account gives you access to all of our games and our community message boards: MyDivaDoll.

So welcome to the Acclaim community... now get ready to have some fun!

The Acclaim Team

www.acclaim.com is operated by
Acclaim Games Inc.
9595 Wilshire Blvd. Suite 900
Beverly Hills, CA 90212

If you do not wish to receive any more emails from Acclaim, Click Here.


**Exhibit D, p. 4**

25

From: <welcome@acclaim.net>
Date: Thu, Jan 14, 2010 at 1:55 PM
Subject: Welcome to Acclaim Games
To: howard@acclaim.com


Dear superkid3333,

Thank you for registering to play PonyStars.

As a member of PonyStars, you can get a special powerful item by inviting your friends:
http://ponystars.acclaim.com/invite-friend.jsp?username=superkid3333


If you need support, we are open 24/7. Please email contact@acclaim.com and specify
your user id and the game you are playing.

As a member of the Acclaim community, it is important for everyone's enjoyment that
you follow our code of conduct: http://www.acclaim.com/code_of_conduct.html

Your Acclaim account gives you access to all of our games and our community message
boards: PonyStars.


So welcome to the Acclaim community... now get ready to have some fun!

The Acclaim Team

www.acclaim.com is operated by
Acclaim Games Inc.
9595 Wilshire Blvd. Suite 900
Beverly Hills, CA 90212

If you do not wish to receive any more emails from Acclaim, Click Here.

**Exhibit D, p. 5**

26

# EXHIBIT E



# Privacy Policy

We take the privacy of our customers very seriously and as you will read, you are protected by our commitment to the following:

1. We will never sell or transfer your personal information to any other third party company.

2. We collect the following information:
- User ID : To identify yourself and access your account
- Password : To protect your account
- ZIP Code : We provide the Zip Code to our advertising partners.
- Country : Some of our games are not available in countries where other publishers own the distribution rights. We use the - Country to allow access to our games. We provide the Country to our advertising partners.
- Gender: We provide the Gender to our advertising partners.
- Birthday : To validate the age to comply with COPA rules and we provide the birthday to our advertising partners.
- Valid Email address: We collect the email only for if you are 13 or older or we have received the permission of the Parent or Legal Guardian. You can use the email to retrieve your User ID if you have forgotten it. Based on your email selections, we will email you information about our games such as updates and new games. You will never receive emails from us with offerings on behalf of other companies.
- Character name : Used in the DANCE! game to name the player's character.
- IP Address : Each and every time you log on your IP address will be collected in order to protect you in case someone other than you is using your account. We provide the IP Address to our advertising partners.
- Cookies : We store cookies on your PC to keep track of your Account and it is not shared with other companies.

3. When a child under 13 years of age signs up we not collect the Email address without the permission of the Parent or Legal Guardian and we will collect the other items listed above. We do not collect anything else. If a child under 13 years of age wants to post information on our website or chat with other players, we will require that they do not disclose any personal information such as the real name, address, phone number and anything that can be used to contact the child.

4. Once you've clicked on an advertisement and have left our Website, our Privacy Policy no longer applies and you must read the privacy policy of the advertiser to see how your personal information will be handled on their site.

When purchasing game items or subscriptions to our games, you will have the choice to pay by Paypal, Click&Buy, mobile phone, bill to your home phone or any other e-commerce available today or in the future. We will collect the required information for each payment method, however, this information will be kept confidential and is only shared under industry standard security methodologies to the billing partners. The billing partners have no right to use your information other than completing the billing process you have initiated.

Release Date: Oct 5th 2009

27

**Exhibit E**

1



# Privacy Policy

We ask that you educate your child to never give out email, name, address, phone or pager information without parents consent. Tell them to always notify a parent OR guardians, when they feel threatened, or are asked for any personal information. The Parent needs to contact us immediately.

For complaints or to remove your Child's information, we can be reached via mail at:

You can send us mail at:

Acclaim Games Incorporated
9595 Wilshire Blvd.
Suite 900 Beverly Hills, CA 90212
United States of America
Phone: (310) 492-5188 Fax: (310) 943-2332

If we materially change our privacy policy, we will notify you when you sign on or send you an email if we have collected it. We will offer you the choice to agree to it or to delete your account should you refuse to agree to the new privacy policy.

You can change your information with the exception of the User ID anytime by visiting www.acclaim.com signing on and then choosing the My Account link on the upper right side of the website.

In the event that we sell a portion or our entire Company, we will include provisions in the selling contract requiring the purchaser to treat your personally identifiable information in the same manner required by this Privacy Policy.

We will disclose personal information when we believe in good faith that such disclosures are required by law, including, for example, to comply with a court order or subpoena, or will help to enforce our Terms of Use; enforce contest, sweepstakes, promotions, and/or game rules; protect your safety or security, including the safety and security of property that belongs to you; and/or, protect the safety and security of our Web sites.

---

Release Date: Oct 5th 2009

28

**Exhibit E**

2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Andrew Guilford and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

## SACV11- 724 AG (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [X] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

ORIGINAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF(S)

v.

PLAYDOM, INC., a subsidiary of Disney
Enterprises, Inc., and,

HOWARD MARKS, individually

DEFENDANT(S).

CASE NUMBER

SACV11-00724 AG (ANx)

SUMMONS

TO:     THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney
ANDRÉ BIROTTE JR., United States Attorney      , whose address is:

Gary Plessman, AUSA, United States Attorney's Office
Room 7516, Federal Building
300 North Los Angeles Street
Los Angeles, California 90012,
Phn: (213) 894-2474; Fax: (213) 894-2380

an answer to the ☒ complaint ☐_____ _amended complaint ☐ counterclaim ☐ cross-claim
which is herewith served upon you within _21_ days after service of this Summons upon you, exclusive
of the day of service. If you fail to do so, judgement by default will be taken against you for the relief
demanded in the complaint.

Clerk, U.S. District Court

Dated: ___MAY 1 1 2011_____

By: ___CHRISTOPHER POWERS_____
        Deputy Clerk

        (Seal of the Court)

CV-01A (01/01)                          SUMMONS

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| UNITED STATES OF AMERICA | PLAYDOM, INC., a subsidiary of Disney Enterprises, Inc., and, HOWARD MARKS, individually |

| (b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):<br>N/A | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):<br>Orange |
|---|---|

| (c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| ANDRÉ BIROTTE JR., United States Attorney<br>GARY PLESSMAN, AUSA, Chief, Civil Fraud Section<br>300 North Los Angeles Street, Room 7516, Federal Building<br>Los Angeles, CA 90012; Phn: 213-894-2474; Fax: 213-894-2380 | ANDREW SERWIN, Esquire<br>Foley & Lardner, LLP (Attorney for Playdom, Inc.)<br>3000 K Street, NW, Suite 600<br>Washington, DC 20007, Phone 202-672-5300 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ MONEY DEMANDED IN COMPLAINT: $ 3,000,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Action for injunctive relief and civil penalties ($3,000,000) for violations of the Federal Trade Commission's Children's Online Privacy Protection Rule, 16 C.F.R. Part 312.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities /Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☒ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | REAL PROPERTY | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | | | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s):

| FOR OFFICE USE ONLY: | Case Number: |
|---|---|

SACV11-00724

CV-71 (07/05)   CIVIL COVER SHEET   Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑ No ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)    ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☑ Check here if the U.S. government, its agencies or employees is a named plaintiff.

    UNITED STATES OF AMERICA: County n/a

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.

    Playdom, Inc.: Orange County
    Howard Marks: Orange County

**List the California County**, or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.

    Orange County

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _[signature]_     Date _5/11/11_

    **Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |